UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

CALVIN MILLER, a.k.a. JOHN MILLER,    :

                    Petitioner,       :

                                      :

          v.                          :

                                      :

CALVIN RABSATT,                       :

                                      :

                    Respondent.       :

                                      :
------------------------------------X


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-15

10 Civ. 3687 (LAP)(MHD)

ORDER ADOPTING REPORT &
RECOMMENDATION

LORETTA A. PRESKA, Chief United States District Judge:

          CALVIN MILLER, a.k.a. JOHN MILLER ("Petitioner"), pro
se, under 28 U.S.C. § 2254, seeks a writ of habeas corpus to
challenge his 2002 conviction in New York State Supreme Court,
Bronx County, for single counts of attempted assault in the
first degree and criminal possession of a weapon in the first
degree, two counts of reckless endangerment in the first degree,
and one count of criminal possession of stolen property in the
fifth degree.  (See Report and Recommendation, dated Jan. 8,
2014 [dkt. no. 24] ("Report and Recommendation"), 1.)  The court
sentenced Petitioner to concurrent determinate prison terms of
twelve years each for attempted assault and weapons possession,
seven years for reckless endangerment, and one year for
possession of stolen property.  (Id.)  Petitioner filed his
habeas petition in this court on January 29, 2010.  (Petition

1

for Writ of Habeas Corpus, dated Jan. 29, 2010 [dkt. no. 1].)
He presses no fewer than nine grounds for relief.  (See Report
and Recommendation at 9-10.)

On January 8, 2014, Magistrate Judge Dolinger issued a
Report and Recommendation concluding that the writ be denied and
the Petition dismissed with prejudice because Petitioner's claim
is moot and time-barred besides.  (See Report and Recommendation
at 20.)  The court's determination of mootness owes to the fact
that Petitioner has been removed from the United States for a
separate prior conviction not subject to the habeas action and
is barred from reentering this country.  Bronx County Assistant
District Attorney Nancy D. Killian confirmed that Petitioner was
deported on September 26, 2013.  (Supplemental Declaration of
Nancy D. Killian, dated Nov. 15, 2013 [dkt. no. 22], ¶ 3.)
"[B]ecause [Petitioner] is permanently inadmissible to this
country due to his prior drug conviction, collateral
consequences cannot arise from the challenged robbery
conviction, and the petition is moot."  (Report and
Recommendation at 16 (quoting Perez v. Greiner, 296 F.3d 123,
126 (2d Cir. 2002)).)

Having received no objections and finding Judge Dolinger's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

SO ORDERED.

DATED:     New York, New York
           January 6, 2015

_Loretta A. Preska_
LORETTA A. PRESKA
Chief U.S. District Judge

3